UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | CV 22-02664 JFW (RAO) | Date: | July 22, 2022 |
| Title: | Ara Eric Hunanyan v. Jeff Huberts et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**  (In Chambers) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE**

On April 21, 2022, Plaintiff Ara Eric Hunanyan ("Plaintiff"), proceeding *pro se*, filed a civil complaint ("Complaint") against Jeff Huberts, Lindsey Huberts, and Nancy Zamora. Dkt. No. 1 at 1-2. That same day, summons issued as to each defendant. Dkt. Nos. 2-4.

Federal Rule of Civil Procedure 4 ("Rule 4") governs service of process in federal actions. Rule 4(m) states that an action shall be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days from the date the complaint is filed. However, with a showing of good cause from a plaintiff, the court must appropriately extend the time for service. Fed. R. Civ. P. 4(m).

This action was filed on April 21, 2022. The 90-day period to serve under Rule 4(m) expired on July 20, 2022. No proofs of service have been filed and no defendants have appeared. Plaintiff has not requested an extension of time to serve. Therefore, upon notice to Plaintiff, the action is subject to dismissal without prejudice for failure to serve. *See* Fed. R. Civ. P. 4(m).

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed pursuant to Rule 4(m) due to Plaintiff's failure to properly effectuate service. Plaintiff shall file his response no later than **August 22, 2022**. In addition or in the alternative, Plaintiff may properly serve the defendants and/or file proofs of service showing sufficient service of process.

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 22-02664 JFW (RAO)  Date: July 22, 2022
Title: Ara Eric Hunanyan v. Jeff Huberts et al.

**If Plaintiff fails to file a timely response to this Order as directed above, the action will additionally be subject to dismissal without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Preparer  : dl