UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA HUNANYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF HUBERTS, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-02664 JFW (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Dkt. No. 1, the Report and Recommendation of United States Magistrate Judge ("Report") dated December 4, 2023, Dkt. No. 47, Plaintiff's Objections to the Report, Dkt. No. 52, Defendant Zamora's Response to Plaintiff's Objections, Dkt. No. 53, and all other records and files herein. The Court has further engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and does not find Plaintiff's objections have merit.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

1       IT IS ORDERED that this action is dismissed without prejudice and without
2 leave to amend.

5 DATED: February 22, 2024               _____
6                                         JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE