JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA HUNANYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF HUBERTS, et al.,<br><br>    Defendants. | Case No. CV 22-02664 JFW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice and without leave to amend.

DATE: February 22, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE